UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 9 2000
NANCY MAYER-WHITTINGTON, CLERK
U S DISTRICT COURT

WALTER THOMAS, et al., :
:
      Plaintiffs, :
:
v. : Civil Action No. 86-2850 (JR)
:
MADELEINE ALBRIGHT, et al., :
:
      Defendants. :

### MEMORANDUM ORDER

This case was transferred to the undersigned judge from the calendar of retired Judge Stanley Sporkin. It appears that there are two unresolved motions, both relating to attorneys' fees.

With respect to the claim of Walter Thomas, the record stops short of establishing either that Mr. Thomas actually paid $18,670 to the firm of Kalijarvi & Chuzi or that he is obligated to do so. Mr. Thomas has not squarely replied to class counsel's request for appropriate documentation. Mr. Thomas' motion "for resolution of attorneys' fee dispute" must accordingly be **denied** without prejudice to his right to renew his claim with appropriate documentation.

The motion of Mary Cynthia Smoot seeking reimbursement of a fee of $8,000 paid to Bridget R. Mugane involves no issue as to whether the money was actually paid. Here, the question is whether the fee was for work related to this action. Class

384

counsel takes the position that Ms. Mugane represented Ms. Smoot only in two grievance proceedings about employee evaluations, and that those grievances raised no claim of race discrimination. The consent decree covers "all claims that were or <u>could have been</u> brought . . . on grounds of discrimination on the basis of race in . . . in performance evaluations. . . ."  (Art. I) Ms. Smoot asserts that her EEO complaint "covered the same two evaluations as the grievances," Memorandum from Ms. Smoot to Mr. Connelly dated March 3, 1999, and that "Ms. Moogain's work was the initial work performed which provided the underlying foundation to Ms. Smoot's claim of discrimination that was filed in 1986," Reply to Class Counsel's Response, p. 2.

It appears that Ms. Smoot's class could have been brought on grounds of discrimination.  Indeed, the relief provided in the consent decree deals specifically with employee evaluation reports (Art. IV(E)).

 

_____
JAMES ROBERTSON
United States District Judge

Dated: _May 9, 2000_____

Copies to:

Barbara B. Hutchinson
7907 Powhatan Street
New Carrollton, MD 20784

Counsel for plaintiffs

Warren Connelly
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Ave., N.W.
Washington, DC 20036

Meredith Manning
Assistant U.S. Attorney
Judiciary Center, Room 10-108
555 fourth Street, N.W.
Washington, DC 20001

Counsel for federal defendant